UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER M. PROBST, individually and on behalf of others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>ELI LILLY AND COMPANY and, LILLY USA LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)    CASE NO. 1:22-cv-01986-SEB-MKK<br>)<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT AND RELEASE**

Plaintiff, Jacob Lynch ("Plaintiff"), by and through his counsel, respectfully moves this Court pursuant to Fed. R. Civ. P. 23(e) for preliminary approval of a class action settlement agreement reached in this matter. Specifically, Plaintiff respectfully requests preliminary Court approval of the following:

(a) The Stipulation of Settlement, attached hereto as Exhibit A, between Plaintiff, on his behalf and as Class Representative on behalf of all members of the "Rule 23 Class" as defined herein, and Defendants, Eli Lilly and Company and Lilly USA LLC (collectively, "Lilly");

(b) Conditional certification of a class (the "Rule 23 Class") consisting of all Indiana-based Lilly employees who purchased additional vacation time under Defendant's Holiday and Vacation Plan, a component plan of The Lilly Employee Welfare Plan, between October 10, 2020 and the date of preliminary approval for settlement purposes only so that the parties can amicably and fairly resolve, on a classwide basis, the claim alleged in paragraphs 30-40 of the Amended Complaint that Lilly made improper wage deductions in violation of the Indiana Wage Assignment Statute, I.C. 22-2-6-2 for purchased vacation time (the "Vacation Purchase Claim"), provide the

requisite notice to the proposed class and proceed to promptly conclude this matter for the benefit of Plaintiff and the collective benefit of the Rule 23 Class, without the additional expense and uncertainty of ongoing litigation;

(c) The Proposed Notice of Pendency of Class Action, Proposed Settlement and Hearing Date attached to the Stipulation of Settlement as Exhibit A (the "Class Notice") and authorization of the mailing of the Class Notice to the Rule 23 Class Members;

(d) Appointment of Plaintiff as Class Representative, Analytics LLC ("Analytics") as the Claims Administrator and undersigned counsel as Class Counsel; and

(e) A date/time for hearing on final approval of the settlement after members of the proposed Rule 23 Class have had an adequate opportunity to object or opt out of the settlement.

In further support of this motion, Plaintiff files herewith his Memorandum of Law in Support of this motion.

WHEREFORE, Plaintiff, Jacob Lynch, respectfully requests that this Court enter an order: 1) preliminarily approving the Stipulation of Settlement and finding it to be a fair, reasonable and adequate resolution of this action; 2) conditionally certifying the Rule 23 Class for settlement purposes; 3) appointing Plaintiff as the Class Representative for the Rule 23 Class; 4) appointing undersigned counsel as Class Counsel for the Rule 23 Class; 5) appointing Analytics as the Claims Administrator; 6) approving the Class Notice and authorizing mailing of the Class Notice; 7) requiring Lilly to provide the Claims Administrator with data necessary to effect notice and calculate awards to the Rule 23 Class; 8) setting a deadline for objections to the class settlement and requests for exclusion from the Rule 23 Class; 9) finding the proposed attorney's fees, costs and administrative costs to be reasonable; and 10) setting a final approval hearing and a deadline for the filing of a motion for final approval of the class settlement.

Dated: September 8, 2023

Respectfully submitted,
/s/*Robert P. Kondras, Jr.*
Robert P. Kondras, Jr.
100 Cherry Street
Terre Haute, IN 47807
Phone: (812) 232-9691
Fax: (812) 234-2881
kondras@hkmlawfirm.com

Scott S. Luzi
WALCHESKE & LUZI, LLC
235 N. Executive Drive, Suite 240
Brookfield, WI 53005
(262) 780-1953
(262) 565-6469 – fax

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 8, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will be served upon all counsel of record.

/s/*Robert P. Kondras, Jr.*